Yuritch Unemployment Compensation Case.

Argued December 17, 1964. *V. Lester Yuritch,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

January 25, 1965

Commonwealth *v.* Hartley, Appellant.

Argued December 14, 1964. *Richard A. Leuthold,* for appellant; *Samuel F. Bonavita,* District Attorney, for Commonwealth, appellee.

Order affirmed.

FLOOD, J., would arrest the judgment of conviction.